UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ABELSON & TRUESDALE, LLC
By: Bruce C. Truesdale, Esq. ID (BT) 0928
147 Union Ave - Suite 1E
Middlesex, NJ 08846
(732) 302-9600
Attorney for Debtors

Order Filed on September 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

EDILIMA ESCOBAR

Case Number: 17-26529

Hearing Date: _____

Judge: MBK

Chapter: 13

Recommended Local Form:  ☑ Followed    ☐ Modified

## ORDER RE EXTENSION OF TIME TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 6, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☑ Granted.  The deadline to file schedules is extended to ___September 13, 2017___.

☐ Denied.

*rev.8/1/15*