Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17–26529–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Edilima I Escobar
927 William Street
Bridgewater, NJ 08807

Social Security No.:
xxx–xx–5392

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/20/17.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 20, 2017
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 17-26529-MBK
Edilima I Escobar                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Oct 20, 2017
                              Form ID: 148             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2017.
db           +Edilima I Escobar,    927 William Street,    Bridgewater, NJ 08807-1351
517005299    +Bank Of America,    PO Box 15227,    Wilmington, DE 19886-5227
517005301     Citi Mortgage,    PO Box 6243,    Sioux Falls, SD 57117-6243
517005304     PNC Bank,    PO Box 1820,    Dayton, OH 45401-1820
517120976     The Bank of New York Mellon, et al,     c/o Bank of America, N.A.,    P.O. Box 660933,
               Dallas, TX 75266-0933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 20 2017 23:05:05      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 20 2017 23:05:00      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517125678     EDI: BANKAMER.COM Oct 20 2017 22:48:00      Bank of America,    PO BOX 31785,
               Tampa FL 33631-3785
517005300    +EDI: CAPONEAUTO.COM Oct 20 2017 22:48:00      Capital One Auto Finan,    3901 Dallas Pkwy,
               Plano, TX 75093-7864
517027971    +EDI: AISACG.COM Oct 20 2017 22:48:00      Capital One Auto Finance,,
               a division of Capital One, N.A.,    Ascension Capital Group,    P.O. Box 165028,
               Irving, TX 75016-5028
517005302    +EDI: RCSFNBMARIN.COM Oct 20 2017 22:48:00      Credit One Bank Na,    Po Box 98875,
               Las Vegas, NV 89193-8875
517005303    +EDI: NAVIENTFKASMDOE.COM Oct 20 2017 22:48:00      Dept Of Ed/navient,    Po Box 9635,
               Wilkes Barre, PA 18773-9635
517005305    +EDI: WFFC.COM Oct 20 2017 22:48:00      Wells Fargo Bank,    PO Box 10335,
               Des Moines, IA 50306-0335
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Bruce C. Truesdale    on behalf of Debtor Edilima I Escobar brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   Capital One, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4