UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ABELSON & TRUESDALE, LLC
By: Bruce C. Truesdale, Esq.
ID (BT) 0928
147 Union Ave - Suite 1E
Middlesex, NJ 08846
(732) 302-9600
Attorney for Debtors

**Order Filed on November 14, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

EDILIMA ESCOBAR

| | |
|---|---|
| Case Number: | 17-26529 |
| Hearing Date: | 11/7/2017 |
| Judge: | MBK |
| Chapter: | 13 |

Recommended Local Form:  ☐ Followed  ☒ Modified

## ORDER REINSTATING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 14, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented to the Court by ___EDILIMA ESCOBAR___ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The case is reinstated effective the date of this order. The debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order.

The bar date for the filing of proofs of claim shall be extended by a number of days equal to the number of days that passed between the entry of the order dismissing this case (docket # 18) and this instant order.

*new.7/12/16*