UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ABELSON & TRUESDALE, LLC
By: Bruce C. Truesdale, Esq.
ID (BT) 0928
147 Union Ave - Suite 1E
Middlesex, NJ 08846
(732) 302-9600
Attorney for Debtors

**Order Filed on November 14, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

EDILIMA ESCOBAR

| | |
|---|---|
| Case Number: | 17-26529 |
| Hearing Date: | 11/7/2017 |
| Judge: | MBK |
| Chapter: | 13 |

Recommended Local Form:  ☐ Followed   ☒ Modified

## ORDER REINSTATING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 14, 2017**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

      This matter having been presented to the Court by ____EDILIMA ESCOBAR____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

      ORDERED that:

      The case is reinstated effective the date of this order. The debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order.

      The bar date for the filing of proofs of claim shall be extended by a number of days equal to the number of days that passed between the entry of the order dismissing this case (docket # 18) and this instant order.

*new.7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Edilima I Escobar  
     Debtor

Case No. 17-26529-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 14, 2017  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2017.  
db            +Edilima I Escobar,    927 William Street,    Bridgewater, NJ 08807-1351

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2017 at the address(es) listed below:  
            Albert    Russo     docs@russotrustee.com  
            Bruce C. Truesdale     on behalf of Debtor Edilima I Escobar brucectruesdalepc@gmail.com,  
             bctpcecf@gmail.com;r49787@notify.bestcase.com  
            Denise E. Carlon     on behalf of Creditor    Capital One, N.A. dcarlon@kmllawgroup.com,  
             bkgroup@kmllawgroup.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                       TOTAL: 4