Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  17−26529−MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edilima I Escobar
   927 William Street
   Bridgewater, NJ 08807

Social Security No.:
   xxx−xx−5392

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         1/9/18
Time:        10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 28, 2017
JAN: amg

                            Jeanne Naughton
                            Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-26529-MBK
Edilima I Escobar                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1             Date Rcvd: Nov 28, 2017
                             Form ID: 132             Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2017.
db             +Edilima I Escobar,    927 William Street,    Bridgewater, NJ 08807-1351
517005299      +Bank Of America,    PO Box 15227,    Wilmington, DE 19886-5227
517125678       Bank of America,    PO BOX 31785,    Tampa FL 33631-3785
517193736      +Capital One Auto Finance, c/o AIS Portfolio Servic,    P.O. Box 4360,    Houston, TX 77210-4360
517005301       Citi Mortgage,    PO Box 6243,    Sioux Falls, SD 57117-6243
517144419       Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,   PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
517005304       PNC Bank,    PO Box 1820,    Dayton, OH 45401-1820
517120976       The Bank of New York Mellon, et al,    c/o Bank of America, N.A.,    P.O. Box 660933,
                 Dallas, TX 75266-0933
517005305      +Wells Fargo Bank,    PO Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 28 2017 23:06:51     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 28 2017 23:06:47     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517005300      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Nov 28 2017 23:09:56     Capital One Auto Finan,
                 3901 Dallas Pkwy,    Plano, TX 75093-7864
517027971      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 28 2017 23:03:46
                 Capital One Auto Finance,,    a division of Capital One, N.A.,   Ascension Capital Group,
                 P.O. Box 165028,    Irving, TX 75016-5028
517194752      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 28 2017 23:03:58
                 Capital One Auto Finance,,    a division of Capital One, N.A.,   P.O. Box 165028,
                 Irving, TX 75016-5028
517005302      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 28 2017 23:04:01     Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
517005303      +E-mail/PDF: pa_dc_ed@navient.com Nov 28 2017 23:04:00     Dept Of Ed/navient,   Po Box 9635,
                 Wilkes Barre, PA 18773-9635
517183701       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 28 2017 23:10:17
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2017 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Bruce C. Truesdale    on behalf of Debtor Edilima I Escobar brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Capital One, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```