Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−26529−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edilima I Escobar
   927 William Street
   Bridgewater, NJ 08807

Social Security No.:
   xxx−xx−5392

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/2/18 at 10:00 AM

to consider and act upon the following:

*31* − Notice of Request for Loss Mitigation re:PNC Bank, filed by Bruce C. Truesdale on behalf of Edilima I Escobar. Objection deadline is 12/13/2017. (Attachments: # 1 Proposed Order) (Truesdale, Bruce) NO SIGNATURE ON PDF. Modified on 11/29/2017 (Guida, Alyson).

Dated: 12/1/17

> Jeanne Naughton
> Clerk, U.S. Bankruptcy Court