Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−26529−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edilima I Escobar
   927 William Street
   Bridgewater, NJ 08807

Social Security No.:
   xxx−xx−5392

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/2/18 at 10:00 AM

to consider and act upon the following:

*31* − Notice of Request for Loss Mitigation re:PNC Bank, filed by Bruce C. Truesdale on behalf of Edilima I Escobar. Objection deadline is 12/13/2017. (Attachments: # 1 Proposed Order) (Truesdale, Bruce) NO SIGNATURE ON PDF. Modified on 11/29/2017 (Guida, Alyson).


Dated: 12/1/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Edilima I Escobar  
      Debtor

Case No. 17-26529-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 01, 2017  
                     Form ID: ntchrgbk     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2017.  
db          +Edilima I Escobar,   927 William Street,    Bridgewater, NJ 08807-1351  
lm          +PNC Bank, N.A.,   222 Delaware Avenue,    Wilmington, DE 19801-1637

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2017 at the address(es) listed below:  
         Albert    Russo    docs@russotrustee.com  
         Bruce C. Truesdale    on behalf of Debtor Edilima I Escobar  brucectruesdalepc@gmail.com,  
          bctpcecf@gmail.com;r49787@notify.bestcase.com  
         Denise E. Carlon    on behalf of Creditor   Capital One, N.A. dcarlon@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                    TOTAL: 4