Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–26529–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Edilima I Escobar
927 William Street
Bridgewater, NJ 08807

Social Security No.:
xxx–xx–5392

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 11/21/2017 and a confirmation hearing on such Plan has been scheduled for 3/20/2018.

The debtor filed a Modified Plan on 3/20/2018 and a confirmation hearing on the Modified Plan is scheduled for 4/10/2018. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: March 20, 2018
JAN: amg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-26529-MBK
Edilima I Escobar                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Mar 20, 2018
                              Form ID: 186             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2018.
```
db          +Edilima I Escobar,    927 William Street,    Bridgewater, NJ 08807-1351
lm          +PNC Bank, N.A.,    222 Delaware Avenue,    Wilmington, DE 19801-1637
517005299   +Bank Of America,    PO Box 15227,    Wilmington, DE 19886-5227
517125678    Bank of America,    PO BOX 31785,    Tampa FL 33631-3785
517205524   +Capital One, N.A., et al,    c/o PNC Bank, National Association,    Attn: Bankruptcy,
              3232 Newmark Drive,    Miamisburg, OH 45342-5421
517005301    Citi Mortgage,    PO Box 6243,    Sioux Falls, SD 57117-6243
517005304    PNC Bank,    PO Box 1820,    Dayton, OH 45401-1820
517120976    The Bank of New York Mellon, et al,    c/o Bank of America, N.A.,    P.O. Box 660933,
              Dallas, TX 75266-0933
517005305   +Wells Fargo Bank,    PO Box 10335,    Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 20 2018 23:13:57      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 20 2018 23:13:53      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517005300   +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 20 2018 23:16:44      Capital One Auto Finan,
              3901 Dallas Pkwy,    Plano, TX 75093-7864
517027971   +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 20 2018 23:11:20
              Capital One Auto Finance,,    a division of Capital One, N.A.,    Ascension Capital Group,
              P.O. Box 165028,    Irving, TX 75016-5028
517194752   +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 20 2018 23:10:31
              Capital One Auto Finance, a division,    of Capital One, N.A.,    c/o AIS Portfolio Services, LP,
              4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517193736   +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 20 2018 23:10:30
              Capital One Auto Finance, c/o AIS Portfolio Servic,    P.O. Box 4360,    Houston, TX 77210-4360
517005302   +E-mail/PDF: creditonebknotifications@resurgent.com Mar 20 2018 23:11:27      Credit One Bank Na,
              Po Box 98875,    Las Vegas, NV 89193-8875
517005303   +E-mail/PDF: pa_dc_ed@navient.com Mar 20 2018 23:10:58      Dept Of Ed/navient,    Po Box 9635,
              Wilkes Barre, PA 18773-9635
517183701    E-mail/PDF: resurgentbknotifications@resurgent.com Mar 20 2018 23:16:46
              LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517144419    E-mail/PDF: pa_dc_claims@navient.com Mar 20 2018 23:10:34
              Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
              Wilkes-Barre, PA 18773-9635
                                                                                              TOTAL: 10
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2018 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Brian E Caine    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
              Bruce C. Truesdale    on behalf of Debtor Edilima I Escobar brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Capital One, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0312-3           User: admin                 Page 2 of 2              Date Rcvd: Mar 20, 2018
                               Form ID: 186                Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
    U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                     TOTAL: 5