Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–26529–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Edilima I Escobar
927 William Street
Bridgewater, NJ 08807

Social Security No.:
xxx–xx–5392

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:    10/9/18
Time:    02:00 PM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Bruce C. Truesdale, Esq.

COMMISSION OR FEES
$3,220.00

EXPENSES
$266.43

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: September 11, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-26529-MBK
Edilima I Escobar                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin            Page 1 of 2         Date Rcvd: Sep 11, 2018
                             Form ID: 137           Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2018.
```
db              +Edilima I Escobar,    927 William Street,    Bridgewater, NJ 08807-1351
lm              +PNC Bank, N.A.,    222 Delaware Avenue,    Wilmington, DE 19801-1637
517005299       +Bank Of America,    PO Box 15227,    Wilmington, DE 19886-5227
517125678        Bank of America,    PO BOX 31785,    Tampa FL 33631-3785
517205524       +Capital One, N.A., et al,    c/o PNC Bank, National Association,    Attn: Bankruptcy,
                  3232 Newmark Drive,    Miamisburg, OH 45342-5421
517005301        Citi Mortgage,    PO Box 6243,    Sioux Falls, SD 57117-6243
517005304        PNC Bank,    PO Box 1820,    Dayton, OH 45401-1820
517120976        The Bank of New York Mellon, et al,    c/o Bank of America, N.A.,    P.O. Box 660933,
                  Dallas, TX 75266-0933
517005305       +Wells Fargo Bank,    PO Box 10335,    Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 11 2018 23:25:02     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 11 2018 23:24:59     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517005300       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Sep 11 2018 23:16:41     Capital One Auto Finan,
                  3901 Dallas Pkwy,    Plano, TX 75093-7864
517027971       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 11 2018 23:17:37
                  Capital One Auto Finance,,    a division of Capital One, N.A.,    Ascension Capital Group,
                  P.O. Box 165028,    Irving, TX 75016-5028
517194752       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 11 2018 23:15:42
                  Capital One Auto Finance, a division,    of Capital One, N.A.,    c/o AIS Portfolio Services, LP,
                  4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517193736       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 11 2018 23:16:38
                  Capital One Auto Finance, c/o AIS Portfolio Servic,    P.O. Box 4360,    Houston, TX 77210-4360
517005302       +E-mail/PDF: creditonebknotifications@resurgent.com Sep 11 2018 23:28:59     Credit One Bank Na,
                  Po Box 98875,    Las Vegas, NV 89193-8875
517005303       +E-mail/PDF: pa_dc_ed@navient.com Sep 11 2018 23:16:37     Dept Of Ed/navient,    Po Box 9635,
                  Wilkes Barre, PA 18773-9635
517183701        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 11 2018 23:29:02
                  LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517144419        E-mail/PDF: pa_dc_claims@navient.com Sep 11 2018 23:17:37
                  Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                  Wilkes-Barre, PA 18773-9635
                                                                                              TOTAL: 10
```

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2018 at the address(es) listed below:
```
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Brian E Caine    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
              Bruce C. Truesdale    on behalf of Debtor Edilima I Escobar brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 11, 2018
                              Form ID: 137             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Denise E. Carlon   on behalf of Creditor   Capital One, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Kevin Gordon McDonald   on behalf of Creditor   Capital One, N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 7