Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−26529−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edilima I Escobar
   927 William Street
   Bridgewater, NJ 08807

Social Security No.:
   xxx−xx−5392

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/12/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 12, 2018
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 17-26529-MBK
Edilima I Escobar                                                                   Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 2              Date Rcvd: Sep 12, 2018
                                Form ID: 148             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2018.
```
db          +Edilima I Escobar,    927 William Street,    Bridgewater, NJ 08807-1351
lm          +PNC Bank, N.A.,    222 Delaware Avenue,    Wilmington, DE 19801-1637
517005299   +Bank Of America,    PO Box 15227,    Wilmington, DE 19886-5227
517205524   +Capital One, N.A., et al,    c/o PNC Bank, National Association,    Attn: Bankruptcy,
              3232 Newmark Drive,    Miamisburg, OH 45342-5421
517005301    Citi Mortgage,    PO Box 6243,    Sioux Falls, SD 57117-6243
517005304    PNC Bank,    PO Box 1820,    Dayton, OH 45401-1820
517120976    The Bank of New York Mellon, et al,    c/o Bank of America, N.A.,    P.O. Box 660933,
              Dallas, TX 75266-0933
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 12 2018 23:56:06     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 12 2018 23:56:03     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517125678    EDI: BANKAMER.COM Sep 13 2018 03:13:00     Bank of America,   PO BOX 31785,
              Tampa FL 33631-3785
517005300   +EDI: CAPONEAUTO.COM Sep 13 2018 03:13:00     Capital One Auto Finan,   3901 Dallas Pkwy,
              Plano, TX 75093-7864
517027971   +EDI: AISACG.COM Sep 13 2018 03:13:00     Capital One Auto Finance,,
              a division of Capital One, N.A.,    Ascension Capital Group,   P.O. Box 165028,
              Irving, TX 75016-5028
517194752   +EDI: AISACG.COM Sep 13 2018 03:13:00     Capital One Auto Finance, a division,
              of Capital One, N.A.,    c/o AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,
              Oklahoma City, OK 73118-7901
517193736   +EDI: AISACG.COM Sep 13 2018 03:13:00     Capital One Auto Finance, c/o AIS Portfolio Servic,
              P.O. Box 4360,    Houston, TX 77210-4360
517005302   +EDI: RCSFNBMARIN.COM Sep 13 2018 03:13:00     Credit One Bank Na,   Po Box 98875,
              Las Vegas, NV 89193-8875
517005303   +EDI: NAVIENTFKASMDOE.COM Sep 13 2018 03:13:00     Dept Of Ed/navient,   Po Box 9635,
              Wilkes Barre, PA 18773-9635
517183701    EDI: RESURGENT.COM Sep 13 2018 03:13:00     LVNV Funding, LLC its successors and assigns as,
              assignee of FNBM, LLC,    Resurgent Capital Services,   PO Box 10587,
              Greenville, SC 29603-0587
517144419    EDI: NAVIENTFKASMSERV.COM Sep 13 2018 03:13:00     Navient Solutions, LLC. on behalf of,
              Department of Education Loan Services,    PO BOX 9635,   Wilkes-Barre, PA 18773-9635
517005305   +EDI: WFFC.COM Sep 13 2018 03:13:00     Wells Fargo Bank,   PO Box 10335,
              Des Moines, IA 50306-0335
                                                                                              TOTAL: 12
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2018 at the address(es) listed below:
```
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Brian E Caine    on behalf of Creditor   THE BANK OF NEW YORK MELLON, Et Al...
           bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
          Bruce C. Truesdale    on behalf of Debtor Edilima I Escobar brucectruesdalepc@gmail.com,
           bctpcecf@gmail.com;r49787@notify.bestcase.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 12, 2018
                              Form ID: 148             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Denise E. Carlon   on behalf of Creditor   Capital One, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Kevin Gordon McDonald   on behalf of Creditor   Capital One, N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                    TOTAL: 7