| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Abelson & Truesdale, LLC<br>Bruce C. Truesdale, Esq.<br>Attorneys At Law<br>147 Union Avenue, Suite 1E<br>Middlesex, NJ 08846<br>(732)302-9600<br>(732)302-90606 | Order Filed on October 12, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Edilma I. Escobar | Case No.: 17-26529-MBK<br>Chapter: 13<br>Judge: Michael B. Kaplan |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 12, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Bruce C. Truesdale, Esq. _____, the applicant, is allowed a fee of $ _____ 3,220.00 _____ for services rendered and expenses in the amount of $_____ 266.43 _____ for a total of $_____ 3,486.43 _____ . The allowance shall be payable:

- ☑ through the Chapter 13 plan as an administrative priority.
- ❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*